**Order entered November 15, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00814-CV

## SANDRA L. SIMS, Appellant

## V.

## TINA THOMAS AND SIMONE JOHNSON, Appellees

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-20-16441

## ORDER

Before the Court is appellant's November 10, 2021 motion seeking to supplement the clerk's record and extend the time to file her brief on the merits. We **GRANT** the motion as follows. We **ORDER** appellant to file, on or before **November 22, 2021**, a request with the trial court specifying the documents she wants included in a supplemental clerk's record. We **ORDER** Dallas County District Clerk Felicia Pitre to file the requested supplemental clerk's record on or before **December 1, 2021**.

Appellant's brief on the merits will be due **within thirty days** after the supplemental clerk's record is filed.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Pitre and all parties.

/s/    KEN MOLBERG
        JUSTICE